IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE LAMONT WATIS,<br><br>Defendant and Judgment Debtor.<br><br>PLACER TITLE COMPANY,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No.:   1:20-MC-00115-SKO<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT (DEPOSITS)**<br><br>(Doc. 9)<br><br>**ORDER DIRECTING CLERK RANDOMLY TO ASSIGN A DISTRICT JUDGE TO THIS MATTER**<br><br>Criminal Case No.:   1:01-CR-05093-OWW<br><br>**OBJECTIONS DUE: 14 DAYS** |

The Court, having reviewed its files and United States of America's Request for Findings and Recommendations for Final Order of Garnishment (Deposits), and good cause appearing therefore, hereby recommends a final order of garnishment be granted.

Accordingly, IT IS RECOMMENDED that:

1. The United States' Request for Findings and Recommendations for Final Order of Garnishment (Doc. 9) be GRANTED;

2. Garnishee Placer Title Company be directed to pay the Clerk of the United States District Court $2,020.00 of the funds held by Garnishee in which Defendant and Judgment Debtor, Kyle Lamont Watis, has an interest within fifteen (15) days of the filing of the Final Order;

FINDINGS AND RECOMMENDATIONS

3. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:01-CR-05093-OWW) shall be stated on the payment instrument;

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary;

5. This garnishment shall be terminated when the payment is deposited with the Clerk of Court;

6. The Clerk of Court is directed randomly to assign a District Judge to this matter; and

7. The United States shall mail a copy of these findings and recommendations to the Defendant and Judgment Debtor at his last known address.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **January 14, 2021**            /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE