IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KYLE LAMONT WATIS,<br><br>　　　　Defendant and Judgment Debtor.<br><br>PLACER TITLE COMPANY,<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | Case No.:　1:20-MC-00115-AWI-SKO<br><br>[**PROPOSED**] ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND FINAL ORDER OF GARNISHMENT (DEPOSITS)<br><br>Criminal Case No.:　1:01-CR-05093-OWW<br><br><br>(Doc. Nos. 9, 11) |

　　　　On November 17, 2020, the United States filed an Application for Writ of Garnishment (Deposits) against defendant and judgment debtor Kyle Lamont Watis's ("Watis") property and accounts. ECF 1. The Clerk of the Court issued the Writ and Clerk's Notice of Instructions to the Judgment Debtor. ECF 4, 5. The United States served the Writ and related documents on Placer Title Company ("Garnishee") and Watis. ECF 6, 7.

　　　　On December 15, 2020, the Garnishee filed its Acknowledgment of Service and Answer of Garnishee stating that Garnishee is in possession of an earnest money deposit in which Watis has an interest, with a value of $2,020.00. ECF 8. Watis did not file a claim of exemption to the proposed garnishment, did not object to the Garnishee's answer, did not request a hearing, and did not otherwise object to the United States' garnishment action.

　　　　Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on January 15, 2021, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within fourteen (14) days after

service. ECF 11. The United States served the findings and recommendations on Watis on January 15, 2021. ECF 12. Watis did not object and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations entered January 15, 2021 (Doc. No. 11) is ADOPTED IN FULL;
2. The United States' Request for Final Order of Garnishment (Doc. No. 9) is GRANTED;
3. Garnishee Placer Title Company is directed to pay the Clerk of the United States District Court $2,020.00 of the funds in the accounts held by Garnishee in which Kyle Lamont Watis has an interest within fifteen (15) days of the filing of this Order;
4. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 401 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:01-CR-05093-OWW) shall be stated on the payment instrument;
5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and
6. This garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  February 3, 2021

SENIOR DISTRICT JUDGE